# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **THERESA GAFFNEY, individually and on behalf of all others similarly situated,**<br><br>**Plaintiff,**<br><br>-against-<br><br>**SELECT PORTFOLIO SERVICING, INC.,**<br><br>**Defendant.** | Civil Case Number:<br><br>3:18-cv-12233-BRM-MAH |

## PLAINTIFF'S NOTICE OF UNOPPOSED MOTION AND UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT AGREEMENT AND RELEASE

PLEASE TAKE NOTICE THAT upon this Notice of Motion and Motion, Plaintiff Theresa Gaffney ("Plaintiff"), by and through her undersigned counsel, will move this Honorable Court on February 10, 2022 at 10:00AM for an Order granting final approval of the Parties' class settlement agreement, on behalf of the following class:

> All consumers with properties in New Jersey who were 30 or more days past due on their mortgage loans when SPS began servicing their loans, and to whom SPS sent monthly mortgage statements from July 31, 2017 through December 31, 2019, after a foreclosure judgment was entered with respect to their loans, and where the note rate in the monthly statements was in excess of the then-applicable post-judgment interest rate under New Jersey R. 4:42-11.

In support of this motion, Plaintiff relies on the attached Memorandum of Law in support, along with exhibits and declarations attached thereto.

Respectfully submitted this 1st day of February 2022

*/s/ Adam Deutsch*
Adam Deutsch, Esq. (N.J. 016542010)
Northeast Law Group, LLC
P.O. Box 60717
Longmeadow, MA 01116
(413)285-3646
adam@northeastlawgroup.com
*Attorney for Plaintiffs*


 *s/ Ari Marcus*
 Ari H. Marcus, Esq.
 MARCUS & ZELMAN, LLC
 701 Cookman Avenue, Suite 300
 Asbury Park, New Jersey 07712
 Telephone: (732) 695-3282
 Facsimile:  (732) 298-6256
 E-Mail: Ari@MarcusZelman.com
 *Attorney for Plaintiffs*